UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
CHARLIE J. MCCLENDON
                                              PRISONER
     v.                         CIVIL NO. 3:01v1490 (JCH)

STATE OF CONNECTICUT
JOHN ARMSTRONG
RICHARD BLUMENTHAL
```

J U D G M E N T

The cause came on for consideration on the respondents' motion to dismiss the petition for writ of habeas corpus before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the motion and all of the related papers. On September 20, 2002, the court granted the motion to dismiss as to grounds four, five and six, the unexhausted claims, and granted the respondents' and the petitioner's motions for stay as to grounds one, two, three, seven and eight, the exhausted claims.

On April 5, 2005, the Court vacated the stay as to grounds one, two, three, seven and eight and dismissed all grounds in the petition without prejudice to reopening the petition after fully exhausting all state court remedies as to grounds four, five and six of the petition.

It is therefore, **ORDERED** and **ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice and the case is closed.

      Dated at Bridgeport, Connecticut this 12th day of April, 2005.

                                        KEVIN F. ROWE, Clerk

                                        By____s/s Cynthia Earle_____

                                              Cynthia Earle
                                              Deputy Clerk

Entry on Docket _____