UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARLIE J. McCLENDON,

  The Petitioner's

                                           CIVIL NO.#

                                           3-01-CV-1490-(JCH)

      v.

STATE OF CONNECTICUT ATTORNEY

GENERAL, RICHARD BLUMENTHAL,             Date: MARCH 15, 2006

COMMISSIONER OF CORRECTIONAL,

THERSA C. LANTZ,

  Respondents

### MOTION TO REOPEN CASE, TO GROUNDS ONE, TWO, THREE, SEVEN AND EIGHT.

      On September, 10, 2002. the court granted the Respondents motion to dismiss to the unexhausted grounds for relief in the Petition for a Writ of Habeas Corpus, namely to grounds Four, Five and Six. The court also granted the Respondents, and the Petitioner's motion for a **Stay,** as to grounds One, Two, Three, Seven and Eight.

      The court directed the Petitioner's to commence exhaustion his state court remedies within thirty days of the date of the ruling, and to filed a notice in this case documenting his efforts to commence the exhaustion process within forty days from

the date of the ruling. On October 15, 2002, the Petitioner's file a motion indicating he has commence a State Habeas Petition including Four, Five and Six.

On April 5, 2005, the Court elects to vacate the **Stay** as to grounds One, Two, Three, Seven and Eight, and dismiss all grounds in the Petition without prejudice to reopen the Petition after completetion of the exhaustion process in State Court. This procedure offers the Petitioner's the same portection as the continue **Stay** of this case. The April 12, judgment Order is attached

The Petitioner's has completed the exhaustion process, and now he has filed a Amended Petition Pursuant to <u>Title 28 Section 2254 of the United State Code.</u>

Respectfully Submitted

*Charlie McClendon*
Charlie J. Mcclendon
900 HighLand Ave.
Chesire Conn. 06410

## CERTIFICATION

Petitioner's certifies a true copy of the foregoing motion and Amended Petition has been mail to Respondent Counsel, Carolyn K. Longstreth, Esq. Assistance State Attorney, 300 Corporate Place, Rocky Hill, Conn. 06067. On this day of - March 15, 2006

*Charlie McClendon*
Charlie J. Mcclendon
900 HIghLand Ave.
Chesire Conn. 06410

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARLIE J. MCCLENDON

v.

STATE OF CONNECTICUT
JOHN ARMSTRONG
RICHARD BLUMENTHAL

PRISONER
CIVIL NO. 3:01v1490 (JCH)

J U D G M E N T

The cause came on for consideration on the respondents' motion to dismiss the petition for writ of habeas corpus before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the motion and all of the related papers. On September 20, 2002, the court granted the motion to dismiss as to grounds four, five and six, the unexhausted claims, and granted the respondents' and the petitioner's motions for stay as to grounds one, two, three, seven and eight, the exhausted claims.

On April 5, 2005, the Court vacated the stay as to grounds one, two, three, seven and eight and dismissed all grounds in the petition without prejudice to reopening the petition after fully exhausting all state court remedies as to grounds four, five and six of the petition.

It is therefore, **ORDERED** and **ADJUDGED** that the petition for writ of habeas corpus is dismissed without prejudice and the case is closed.

Dated at Bridgeport, Connecticut this 12th day of April, 2005.

                                      KEVIN F. ROWE, Clerk

                                      By____s/s Cynthia Earle____

                                          Cynthia Earle
                                          Deputy Clerk

Entry on Docket  4/13/05