UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAR 17 P 4:35

U.S. DISTRICT COURT

CHARLIE J. McCLENDON,

   The Petitioner's

CIVIL NO. #

V.    3-01-CV-1490-(JCH)

STATE OF CONNECTICUT ATTORNEY

GENERAL, RICHARD BLUMENTHAL,    Date: MARCH 15, 2006

COMMISSIONER OF CORRECTIONAL,

THERSA C. LANTZ.

**MOTION FOR REQUEST, TO NOTIFY OF CHANGE IN THE GROUNDS ONE, TWO, THREE, SEVEN AND EIGHT. THAT WHICH THE PETITIONER'S WISH TO REOPENED.**

    On September 10, 2002, the court's granted the Respondents motion to dismiss to the unexhausted grounds for relief in the Petition for Writ of Habeas Corpus, namely to grounds, Four, Five and Six. The court's also granted the Respondent's and the Petitioner's motion for a **Stay** as to grounds One, Two, Three, Seven and Eight.

    The court's directed the Petitioner's to commence exhausting his State court remedies within thirty days of the date of the ruling, and to file a notice in this case documenting his efforts to commence the exhaustion process within forty days from the date of the ruling.

On October 15, 2002, the Petitioner's file a motion indicating he has commence a State Habeas Petition inculding, Four, Five and Six.

On April 5, 2005, the court's elects to vacate the **Stay**, as to grounds, One, Two, Three, Seven and Eight. And dismiss all grounds in the Petition without prejudice to reopen the Petition after the completion of the exhaustion process in State court. This procedure offers the Petitioner's the same protection as the continued **Stay** of this case.

The Petitioner's has completed the exhaustion process in State court. He now has file his Federal Writ of Habeas Corpus Amended Petition, pursuant to <u>Tile 28 section 2254 of the United States Code.</u>

The Petitioner's notify this court's and the Respondents of the change in the grounds, that the Petitioner's wish to re-opened.

Grounds One, the Petitioner's wish to reopen that claim which is now ( The Trial Court's the Appellate Court's and the State Supreme Court's, dent the Petitioner's his Federal Constitution Rights to Suppressed.) Grounds Two, the Petitioner's wish to reopen that cliam, which is now ( The Trial Court's and the Appellate COurt's, deny the Petitioner's his Federal Constitution Rights. That the Prosecution's Suppression of Detective Faggiain, exculpatory police report require a new trial.)

grounds Three, the Petitioner's wish to reopen that claim, which is now ( The Trial Court's The Appellate Court, and The State Supreme Couer deny the Petitioner's his Federal Constitution rights, to permit the Petitioner's to introduce a police report under the residual exception to the hearsay rules. ) Grounds Four and Five, which the Petitioner's has exhausted, is now under the ineffective assistance of counsel claim, which is now claim Four in the new Petition. Grounds Six, which the Petitioner's had seeked to exhausted, wish no more to seek relief on that claim, which was, ( The insufficiency of evidence of the Petitioner's identity. ) Grounds Seven, the Petitioner's wish to reopen that claim, which is now claim four in the new Petition. Grounds Eight the Petitioner's wish to reopen that claim, which is now claim Five in the new Petition.

Respectfully Submit

*Charlie Mcclendon*
Charlie J. Mcclendon
900 HighLand Ave.
Chesire Conn. 06410

## CERTIFICATION

Petitioner's certifies a true copy of the foregoing motion, has been mail to Respondents Counsel, Carolyn K. Longstreth, Esq. Assistance State Attorney, 300 Corprate Place, Rocky Hill, Conn. 06067. On this day of- March 15, 2006

*Charlie McClendon* (signature)
Charlie J. Mcclendon
900 HighLand Ave.
Cheshire Conn. 06410