UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAR 17 P 4:34

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

CHARLIE J. McCLENDON

   The Petitioner's

CIVIL NO.#

3-01-CV-1490-(JCH)

V.

STATE OF CONNECTICUT ATTORNEY
GENERAL, RICHARD BLUMENTHAL,
COMMISSIONER OF CORRECTIONAL,
THERSA C. LANTZ.

Date: MARCH 15, 2006

## THE PETITIONER'S LIST OF APPLICATION, AND APPENDIES

**(1).** Motion for request to filed Amended Petition. And attached is the April 5, 2005, order to dismiss all grounds, in the - Petition, without prejudice to reopen.

**(2).** The Petitioner's Application for a writ of Habeas Corpus, pursuant, to 28 U.S.C. § 2254.

**(3).** Motion for request, to reopen case, to grounds, One, Two, Three, Seven and Eight. And attached to it, is a judgment order April 12, 2005, vacting the **Stay,** to grounds, One, Two, Three, Seven and Eight, without prejudice, and to reopen the case when the Petitioner's has exhausted his claims.

**(4).** Motion for notify of change in the Petitioner's grounds One, Two, Three, Seven and Eight.

(5). The Petitioner's memorandum inconjuction with the issues.

(6). The Petitioner's Appellate Court, and The State Supreme court decision on his direct Appeal.

(7). The Appellate Court, and The State Supreme Court, decision on the Petitioner's Habeas Corpus Hearing.

(8). The Appellate Court, and The State Supreme Court, decision on the Petitioner's exhausted claims.

(9). The motion for preliminary disclosure and production, dated October 31, 1989. Motion to compel preservation of potentially discoverable materials, dated, October 31, 1989. Motion for disclosure and production, dated, January 29, 1990. And Petitioner's supplemental motion for disclosure, dated January 29, 1990.

(10). Prosecution disclosure and production, dated, August 7, - 1990.

(11). Motion to suppress, and motion to suppress identification, dated April 23, 1990.

(12). Motion for a mistrial, dated NOvember 30, 1992.

## APPENDIES

(A). Search and seizure warrent, authorizing the line-up and voice simple of the Petitioner's.

(B). Darlene Hale, testimony at the suppressing Hearing.

(C). Arguments of the motion to suppressed line-up.

(D). Argument and ruling on suppressing Hearing.

(E). Faggiain's exculpatory police report.

**(F).** Darlene Hale, testimony on Detective, Faggiain's exculpatory police report.

**(G).** Argument for motion for a mistrial.

**(H).** Darlene Hale, August, 11, 1987, and September 18, 1989, voluntary statement, and a police report prepared by Detective, Omiecinski, from Darlene Hale.

**(I).** State Forensic, David Gibbs, testimony at trial, and police forensic report he prepared for the State.

**(J).** Federal Bureau Investigation, report on latent prints.

**(K).** James Mcdonald, testimony at trial.

**(L).** James Mcdonald, forensic report, and crimes labortory report from August 11, 13, 14, 18, of 1987.

**(M).** Interview with Darlene Hale, on December 8, 1987, prepared by two investigators from the Hartford Public Defenceder Office, Irma Grimes, and Ellen Knight.

**(N).** Transcipt of the September 16, 1997, Habeas COrpus Hearing, on the Petitioner's trial counsels ineffectiveness, Testimony from Irma Grimes, Ellen Knight and James Dennis.

(O). Transcirpt of the October 28, 1997, Habeas Corpus Hearing, on the Petitioner's trial counsels ineffectiveness. Testi- from trial counsels, M. Fred Decaprio, trial counsel Susuan Story, and the Petitioner's Charlie j. Mcclendon.

(P). Darlene Hale, impeachment testimony at the October 31, 1989, Probable Cause Hearing.

(Q). Proff of disclosure of a Mr. Charles Queiroga, the witness whom trial counsels, refused to investigated, and call as a defence witness.

(R). A writing statement, from a Charles Queiroga, a witness whom trial counsels, refused to investigate, and call as a wit- ness.

(S). Proff of Hartford, Detective, James Pasqurell, Timothy Sull- ivan and N. Russo, fabricated Mr. Charles Queiroga, identi- fication of the Petitioner's.

(T). A police report, from Detective, Omiecinski, proff that contradict, the police report, that Detective, James - Pasqurell, Timothy Sullivan and N. Russo, fabricated, about the Petitioner's identification.

(U). Proff of the Petitioner's at trial, addressing the trial court's on his trial counsels, ineffectiveness.

(V). Offer of proff and ruling on Expert Witness, Dr, Leippe.

(W). Argument and ruling on other crimes evidence.

(X). The Appellate Court brief, and State Supreme Court brief on the issue of Suppression, Suppression of identification and the isuue of exculpatory police report, and suggestiveness.

Resectfully Submitted

*Charlie Mcclendon*
Charlie J. Mcclendon
900 HighLand Ave.
Cheshire Conn. 06410


### CERTIFICATION

Petitioner's certifies a true copy of the foregoing Petitioner's list of Application and Appendies, has been mail to Respondents Counsel, Carolyn K. Longstreth, Esq. Assistance State Attorney 300 Corporate Place, Rocky Hill, COnn. 06067. On this day of -

March 15, 2006

*Charlie Mcclendon*
Charlie J. Mcclendon
900 HighLand Ave.
Cheshire Conn. 06410