UNITED STATE DISTRIC COURT

DISTRICT OF CONNECTICUT

CHARLIE J. MCCLENDON

The Petitioner's

CIVIL NO.

3-01-CV-1490-(JCH)

V.

STATE OF CONNECTICUT ATTORNEY
GENERAL, RICHARD BLUMENTHAL,
COMMISSIONER OF CORRECTIONAL,
THERSA C. LANTZ.

Date.

JUNE 20, 2006

## MOTION FOR REQUEST TO REOPEN JUDGMENT, ON GROUNDS, ONE, TWO, THREE, SUBPART FOUR (1) (2) (3) AND FIVE.

On September 10, 2002, this Court's granted the Respondent motion to dismiss to the unexhausted grounds for relief in the Petition for a Writ of Habeas Corpus, namely to grounds Four, Five and Six. This Court's also granted the Respondent's and the Petitioner's motion for a **Stay,** as to grounds, One, Two, Three, Seven and eight.

This Court's directed the Petitioner's to commence exhaustion his State Court remedies within thirty days of the date of the ruling, and to file a notice in this case documenting his efforts to commence the exhaustion process within fourty days from

the date of the ruling. On october 15, 2002, the Petitioner's file a motion indicating he has commence a State Habeas Petition including Four, Five and Six.

On April 5, 2005, this COurt's elects to vacate the **Stay** as to grounds, One, Two, Three, Seven and Eight. And dismiss all grounds in the Petition without prejudice to repoen the Petition after completion of the exhaustion process in State Court. This - precedure offers the Petitioner's the same protection as the continue **Stay** of this case.

On March 15, 2006, the Petitioner's file a Amended Petiton and a motion to reopen the case, on grounds One, Two, Three, Seven - and Eight. On May 30, 2006, this Court's dismiss the Petitioner's motion for leave to file an AMended Petition, and to reopen. This Court's also gave the Petitioner's until June 30, 2006, to file a new motion to reopen, and to file a motion to AMended his - Petition to only grounds One, Two, Three, subpart Four (1) (2) -- (3) and Five.

The May 30, 2006, Orderd is attached to this motion.

**Wherefore This Court Should Grant This Motion**
                                        Respectfully Sumitted

                                        _Charlie Mcclendon_
                                        Charlie J. Mcclendon
                                        900 HighLand Ave.
                                        Cheshire Conn. 06410.

## CERIFICATION

Petitioner's cerifies a true copy of this foergoing motion, has benn mail to Respondent's Counsel, Carolyn K. Longstreth, Esq. Assistance STate Attorney, 300 Corporate Place, rocky Hill, Conn. 06067. On this day of **JUNE 20, 2006**

*Charlie Mcclendon* (signature)
Charlie J. Mcclendon
900 HighLand Ave.
Cheshire Conn. 06410