UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARLIE J. McCLENDON

    Petitioner's

CIVIL NO.

3-01-CV-1490-(JCH)

V.

Date:

JUNE 20, 2006

STATE OF CONNECTICUT ATTORNEY
GENERAL, RICHARD BLUMENTHAL,
COMMISSIONER CORRECTIONAL,
THERSA C. LANTZ.

## MOTION FOR REQUEST TO FILE AMENDED PETITION

Pursuant to Title 28 Section 2254 of the United States Code, Petitioner's moves this Court, with permission, to file accompanying Amended Application for a Writ of Habeas Corpus.

The Petitioner's moves to Amended his Application. The Petitioner's also, file a request, as, requested to reopened the Court's judgment. On September 10, 2002, this Court's granted the Respondent's motion to dismiss to the unexhausted grounds for relief in the Petition for a writ of Habeas Corpus, namely to - grounds, Four, Five and Six. This Court also granted the Respondent's and the Petitioner's motion for a **Stay** as to grounds, One, Two, Three, Seven and Eight.

The Court's directed the Petitioner's to commence exhausting his State Court remiedis within thirty days of the date of the ruling and to file a notice in this case documenting his efforts to - commence exhaustion process within fourty days from the date of the ruling. On October 15, 2002, the Petitioner's file a motion indicating he has commence a State Habeas Petition including Four FIve and SIx.

On April 5, 2005, this Court's elects to vacate the **Stay** as to grounds, One, Two, Three, SEven and Eight. And dismiss all grounds in the Petition without prejudice to reopened the Petition after completion of the exhaustion process in State Court. This produre offered the Petitioner's the same protection as the continueed **Stay** of this case.

On March 15, 2006, the Petitioner's filed a Amended Petition, and a motion to reopen the case to grounds One, Two, Three, Seven and Eight, On May 30 ,2006, this Court dismiss the Petitioner's motion for leave to file an Amended Petition, and to reopen. This Court's also on May 30, 2006, gave the Petitioner's until June 30 2006, to file a new motion, to reopen the jugdment, and motion for leave to amend accompanied by a proposed amended Petition to only grounds, One,TWo, Three, subpart Four (1) (2) (3) and Five.

The May 30, 2006, Ordered is attached to this motion

Wherefore This Court's Should Grant This Motion

         Respectfully Sumitted

        *Charlie McClendon*
        Charlie J. Mcclendon

900 HighLand Ave.

Cheshire Conn 06410

### CERIFICATION

Petitioner's cerifies a true copy of this foregoing motion, has been mail to Respondent's COusel, Carolyn K. LOngstreth, Esq. Assistance State Attorney, 300 COrporate Place, Rocky Hill, Conn. 06067. ON this Day of **JUNE 20, 2006**

              *Charlie McClendon*
              Charlie J. Mcclendon

             900 HighLand Ave.

             Cheshire Conn. 06410