UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 MAR 30 P 3: 27

| | |
|---|---|
| CHARLIE J. McCLENDON<br>Plaintiff | |
| v. | CIVIL ACTION NO.<br>3:01-CV-01490(JCH) |
| STATE OF CONNECTICUT, ET AL<br>Defendants | MARCH 29, 2007 |

## ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of _Judge Janet B. Arterton_ for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in _New Haven_, and bear docket number 3-01-cv-01490(JBA). Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 29th day of March, 2007.

Janet C. Hall
United States District Judge