```
            UNITED STATES DISTRICT COURT         01cv1490OSC
                DISTRICT OF CONNECTICUT
```

CHARLIE J. MCCLENDON
                                                    PRISONER
    v.                     Case No. 3:01CV1490(JBA)

STATE OF CONNECTICUT, ET AL.

## ORDER TO SHOW CAUSE

The petitioner, Charlie J. McClendon, filed an amended petition for writ of habeas corpus on March 12, 2007. It is hereby

**ORDERED** that the respondents herein file a response to the amended petition showing cause why the relief prayed for in the petition should not be granted **and addressing the merits of the petitioner's claims**, on or before **May 16, 2007.**

Dated at Bridgeport, Connecticut this 25th day of April, 2007.

                                                 ___/s/_____
                                                 HOLLY B. FITZSIMMONS
                                                 UNITED STATES MAGISTRATE JUDGE