UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARLIE J. MCCLENDON

                              PRISONER
   V.                    CASE NO. 3:01CV1490 (JBA)

STATE OF CONNECTICUT, ET AL.

### RULING ON MOTION FOR APPOINTMENT OF COUNSEL

Pending before the court is the petitioner's motion for appointment of counsel in this habeas corpus action. For the reasons set forth below, the motion is DENIED.

Appointment of counsel in habeas corpus cases is discretionary, and that discretion should be exercised only when the interests of justice so require, unless an evidentiary hearing is necessary. See Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts; 18 U.S.C. § 3006A(a)(2)(B). A preliminary review of petitioner's amended petition does not indicate that justice requires appointment of counsel or that a hearing is likely to be necessary and thus appointment of counsel is not warranted at this time. Petitioner may renew the motion if an evidentiary hearing is held in this matter.

Accordingly, petitioner's Motion for Appointment of Counsel [**doc. #27**] is **DENIED** without prejudice to renew the motion if an evidentiary hearing is required.

SO ORDERED this 26th day of April, 2007, at New Haven, Connecticut.

                              /s/_____
                              Joan G. Margolis
                              United States Magistrate Judge