UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLIE J. McCLENDON, | | |
| Petitioner | : | CIVIL NO. 3:01CV 1490 (JBA) |
| v. | : | |
| STATE OF CONNECTICUT, ET AL | | |
| Respondents | : | APRIL 24, 2007 |

## APPEARANCE

Please enter the appearance of:

> Michael E. O'Hare
> Supervisory Assistant State's Attorney
> Civil Litigation Bureau
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> Phone No. (860) 258-5887
> Fax No: (860) 258-5968
> E-mail: michael.ohare@po.state.ct.us
> Federal Bar No. ct 05318

for the Respondents.

_____
MICHAEL E. O'HARE
Supervisory Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this document was mailed, postage prepaid, first class mail, to the petitioner: Charlie J. McClendon, Inmate No. 107421, MacDougall-Walker Correctional Institute, 1153 East Street South, Suffield, Connecticut 06080, on this 24th day of April, 2007.

_____
MICHAEL E. O'HARE
Supervisory Assistant State's Attorney