UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 MAY 23 P 2: 32

CHARLIE J. McCLENDON
The Petitioner's

CIVIL NO.

v.                                                3-01-CV-1490-(JBA)

STATE OF CONNECTICUT ATTORNEY
GENERAL, RICHARD BLUMENTHAL,     Date. MAY 22, 2007.
COMMISSIONER OF CORRECTIONAL,
THERSA C. LANTZ.
Respondent's

### MOTION OF REPONDENT'S DEFAULTING TO SHOW CAUSE

The Respondent's was giving an Ordered to " Show Cause, " Before or on May 16, 2007. The Petitioner's requested this Court, to Oredred The Respondent's once again to "Show cause"

*Charlie McClendon*

Charlie J. Mcclendon
1153 East Street South
Macdougall C.I.
Suffield, Conn. 06080.

## CERTIFICATION

Petitioner's cerifies a true copy of this foregoing motion, has been mail to Respondent's Counsel, Michael E. O'Hare, Esq. Assistance State Attorney, 300 Corporate Place, Rocky Hill, Conn. 06067. On this day of May 22, 2007.

*Charlie McClendon*
Charlie J. Mcclendon
1153 East Street South
Macdougall C.I.
Suffield, Conn. 06080.