## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLIE J. McCLENDON, : | | PRISONER |
| Petitioner, : | | Case No. 3:01 CV 1490 (JBA) |
| v. : | | |
| STATE OF CONNECTICUT, et al., : | | MAY 25, 2007 |
| Respondents. : | | |

### MOTION FOR EXTENSION OF TIME TO
### COMPLY WITH ORDER TO SHOW CAUSE

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondents hereby request, *nunc pro tunc*, an extension of time of sixty-one days, or until **July 16, 2007**, to file his response to the petitioner's habeas corpus petition. This is the respondents' first request for an extension of time with respect to the court's order to show cause dated April 25, 2007. The undersigned counsel was unable to contact the *pro se* petitioner in this case to determine whether he objects to the respondent's request because the petitioner is currently an inmate at the MacDougal-Walker Correctional Institution in Somers, Connecticut.

The grounds for this motion are as follows:

1. After a jury trial in the Judicial District of Hartford/New Britain, the petitioner was convicted of two counts of felony murder, in violation of General Statutes § 53a-54c, two counts of robbery in the first degree, in violation of General Statutes § 53a-134, and attempted robbery in the first degree, in violation of §§ 53a-49 and 53a-134. On February 19, 1993, the trial court, *Koletsky, J.*, sentenced the petitioner to a total effective sentence of imprisonment for a one hundred and forty years.

2. The petitioner appealed to the Connecticut Appellate Court, which affirmed his conviction on July 9, 1996. State v. McClendon, 45 Conn. App. 658, 697 A.2d 1143 (1997). The petitioned filed a petition for certification to appeal which was granted by the Connecticut Supreme Court on November 6, 1997. State v. McClendon, 243 Conn. 943, 704 A.2d 799 (1997).  The Supreme Court affirmed the judgment of the Appellate Court on May 11, 1999. State v. McClendon, 248 Conn. 572, 730 A.2d 1107 (1999).

3. The petitioner filed a state petition for a writ of habeas corpus in which he claimed that he was denied the effective assistance of counsel.  On June 25, 1998, after an evidentiary hearing, the state habeas court, *Corrigan, JTR,* rejected the petitioner's claims and denied relief on his habeas corpus petition. Memorandum of Decision, McClendon v. Warden, CV95-0556564, Judicial District of Hartford/New Britain.  The petitioner appealed to the Appellate Court which dismissed his appeal on June 27, 2000. McClendon v. Commissioner of Correction, 58 Conn. App. 436, 755 A.2d 238 (2000). The petitioner filed a petition for certification to appeal which was denied by the Connecticut Supreme Court on October 2, 2000. McClendon v. Commissioner of Correction, 254 Conn. 920, 759 A.2d 1025 (2000).

4. The petitioner filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 on August 9, 2001.  On October 9, 2001, this court issued an order to show cause which directed the respondents to file a response to the claims in the habeas corpus petition.  On February 8, 2002, the respondents filed a motion to dismiss or stay the petitioner's habeas corpus petition on the grounds that it was a mixed petition containing both exhausted and unexhausted claims.  On September 19, 2002, this court granted the respondents' motion dismissing the unexhausted claims in the petition and ordering the

petition stayed with respect to the exhausted claims.  On April 4, 2005, this court vacated the stay on the exhausted claims and dismissed the petition without prejudice to reopening the case after fully exhausting the petitioner's state court remedies.

5. On June 22, 2006, the petitioner filed a motion to reopen the case and a motion for leave to file an amended petition.  On March 12, 2007, this court ordered the case to be reopened and granted the petitioner's motion to filed an amended petition.  On April 25, 2007, this court issued an order to show cause directing the respondents to file a response to the petitioner's habeas corpus petition by May 16, 2007.

6. This case is being reassigned to Deputy Assistant State's Attorney Michael Proto, who will join the Civil Litigation Bureau on June 8, 2007.  The undersigned counsel believes that it will take Attorney Proto approximately five weeks to prepare an adequate response to the claims raised by the petitioner in his habeas corpus petition.

WHEREFORE, the respondents hereby move this court, *nunc pro tunc*, for an extension of time to file their response to the petitioner's application for a writ of habeas corpus until **July 16, 2007**

        Respectfully submitted,

        THE STATE OF CONNECTICUT

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL
        STATE OF CONNECTICUT

        THERESA LANTZ
        COMMISSIONER OF CORRECTION
        STATE OF CONNECTICUT

        RESPONDENTS

By: _____
    MICHAEL E. O'HARE
    Supervisory Assistant State's Attorney
    Civil Litigation Bureau
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, Connecticut 06067
    Tel. No. (860) 258-5887
    Fax No. (860) 258-5968
    E-mail: michael.ohare@po.state.ct.us
    Federal Bar No. ct 05318

## **CERTIFICATION**

I hereby certify that a copy of the foregoing document was mailed, first class postage prepaid, to Charlie J. McClendon, Inmate No. 107421, MacDougal-Walker Correctional Institution, 1153 East Street South, Somers, Connecticut 06080, on May 25, 2007.

                                            MICHAEL E. O'HARE
                                            Supervisory Assistant State's Attorney