UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHARLIE J. McCLENDON** | : | **PRISONER** |
| Petitioner, | : | CASE NO. 3:01CV1490(JBA) |
| v. | : | |
| STATE OF CONNECTICUT, ET AL | | |
| Respondents. | : | JUNE 22, 2007 |

## APPEARANCE

Please enter the appearance of:

> Michael Proto
> Deputy Assistant State's Attorney
> Civil Litigation Bureau
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> (860) 258-5887
> FAX NO: (860) 258-5968
> E-mail: michael.proto@po.state.ct.us
> Federal Bar No. ct 22533

for the respondents.

_____
MICHAEL PROTO
Deputy Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this document was mailed, postage prepaid, first class mail, to: Charlie J. McClendon, Inmate # 107421, MacDougall-Walker Correctional Institute, 1153 East Street South, Suffield, Connecticut 06080, on this 22nd day of June, 2007.

_____
MICHAEL PROTO
Deputy Assistant State's Attorney