UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


CHARLIE J. McCLENDON

  The Petitioner's

      V.

STATE OF CONNECTICUT AATORNEY

GENERAL, RICHARD BLUMENTHAL,

COMMISSIONER OF CORRECTIONAL,

THERAZ C. LANTZ.

CIVIL NO.

3-01-CV-1490-(JBA)


Date.

August 29, 2007.


THE PETITIONER'S MEMORANDUM OF REPLY BRIEF, IN

OPPOSITION TO RESPONDENT'S BRIEF, AND APPENDIX.

1). Memorandum reply brief.

2). Defense witness Minnie Thompson


Charlie J. Mclendon

1153 East Street South

Macdougall C.I.

Suffield, Conn. 06080.


CERTIFICATION

Petitioner's cerifies a true cope of this document has been
mailed to respondent's Counsels, Micheal E. O'Hare, and Micheal
J. Proto, Esq, Assiatance State Attorney, 300 Corporate Place,

Rocky Hill, Conn. 06067. ON this day of August 29, 2007.

-

Charlie J. Mcclendon

1153 East Street South

Macdougall C.I.

Suffield, Conn. 06080.