UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

McCLENDON                       :

v.                              :     NO. 3:01cv1490 (JBA)

STATE OF CONN., ET AL           :

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN GLAZER MARGOLIS** for the following purpose(s):

✔   - Recommended Ruling: *Application for a Writ of Habeas [Doc. # 29].*

   - Supervise all discovery and resolve discovery disputes ONLY UNTIL THE FINAL PRE-TRIAL CONFERENCE IS HELD.

   - Settlement conference:

   - Other:

                                IT IS SO ORDERED.

                                /s/
                                Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: December 12, 2007**