UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLIE J. McCLENDON<br>The Petitioner's | 2008 FEB 22 A 11: 5<br>U.S. DISTRICT COUR<br>NEW HAVEN, CT |
| V. | CIVIL NO: |
| STATE OF CONNECTICUT ATTORNEY GENERAL, RICHARD BLUMENTHAL, COMMISSIONER OF CORRECTIONAL, THERESA C. LANTZ. | 3-01-CV-1490-(JBA)<br><br>Date. FEBUARY 20, 2008. |

## OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDED RULING.

Pursuant To 28 U.S.C. Section 636(b) The Petitioner's Charlie J. Mcclendon, <u>Objects</u> To The Magistrate's Recommendtion File February 14, 2008.

The Petitioner's Charlie J. Mcclendon, hereby request Review Of The Matter Before The District Court Judge.

*Charlie McClendon*

1153 East Street South

Macdougall C.I.

Suffield, Conn. 06080.

## CERTIFICATION

Petitioner's cerifies a true cope of this foregoing Request has been mailed to Respondent's Counesl, Michael Proto, Esq, Assistance Attorney, 300 Corporate Place, Rocky Hill, Conn. 06067. On this day of February 20, 2008.

*Charlie McClendon*
Charlie J. Mcclendon
1153 East Street South
Macdougall C.I.
Suffield, Conn. 06080.