UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARLIE J. McCLENDON
  The Petitioner's

CIVIL NO:

3-01-CV-1490-(JBA)

V.

STATE OF CONNECTICUT ATTORNEY
GENERAL, RICHARD BLUMENTHAL,
COMMISSIONER OF CORRECTIONAL,
THEREASA C. LANTZ.

DATE FEBRUARY 21, 2008.

### OBJECTION TO MAGISTRATE JUDGE'S RECOMMENED RULING

Pusuant To 28 U.S.C. Section 636(b) The Petitioner's, Charlie J. Mcclendon, **Objects** To The Magistrate's Recommendation Filed February 14, 2008.

The Petitioner's hereby request review of the matter before the District Court Judge.

The Petitioner's seek review of the Magistration entire decision on his Pitition For Writ Of Habeas Corpus.

The Petitioner's ask this Court to review this matter under a "De novo".

*Charlie McClendon*

Charlie J. Mcclendon
1153 East Street South
Macdougall C.I.
Suffield, Conn. 06080.

### CERTIFICATION

Petitioner's cerifies a true copy of this document has been mailed to Respondent's, Counsel, Micheal Proto, Assistance State Attorney, 300 Corporate Place, Rocky Hill, Conn. 06067. On this day of February 21, 2008.

*Charlie McClendon*

Charlie J. Mcclendon
1153 East Street South
Macdougall C.I.
Suffield, Conn. 06080.