UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLIE J. MCCLENDON
The Petitioner's

v.

STATE OF CONNECTICUT ATTORNEY
GENERAL, RICHARD BLUMENTHAL,
COMMISSIONER OF CORRECTIONAL
THERSA C. LANTZ

CIVL NO.
3-01-CV-1490-(JBA)

DATE:
FEBRUARY 27, 2008

REQUEST TO ADMEND PETITIONER'S TIMELY NOTICE OF OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDED RULING

The Magistrate Judge's ruled on February 14, 2008 to recommended to denied Petitioner's his Federal Writ of Habeas Corpus. The Ruling came on February 14, 2008. which is on a Thursday. The Petitioner's Signature signed for it on Wednesday 20, February 2008. The Ruling envelope was Post-Mark, February 15, 2008.

1 of 3

The Petitioner's is Pro se and incarcerated

The institution do not distributed legal Mail on Saturday, Sunday and on holidays

The Petitioner's filed a timely notice of objection to Magistrate's Ruling on February 20 and 21. The Petitioner's was unwear that those 10 days did not included Saturday - Sunday and holidays. Rule 6. Time Computation. also 3 additional days when Service is by Mail.

So the Petitioner's request this Court to amended his February 20, 21, timely filed request.

Truely Submitted
Charlie McClendon
Charlie J. McClendon
1153 East Street South
Macdougall C.I.
Suffield Conn 06078.

## CERTIFICATION

Petitioner's Certifies a true copy this document has been mailed to Respondent's Counselor, Micheal Proto, Esq Assistance State Attorney, 300 Corporate Place, Rocky Hill, Conn 06067 on this day of February 29, 2008

Charlie McClendon
Charlie J. McClendon
1153 East Street South,
MacDougall C.I
Suffield, Conn 06080

3 of 3