UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLIE J. MCCLENDON
  The Petitioners

v.

STATES OF CONNECTICUT ATTORNEY
GENERAL. RICHARD BLUMENTHAL.
COMMISSIONER OF CORRECTIONAL,
THERSA C. LANTZ.

CIVIL No.
3-01-cv-1490-(JBA)

Date:
FEBRUARY 29, 2008

## OBJECTION TO THE MAGISTRATE RECOMMENDED RULING.

Pursuant to 28 U.S.C. Section 636(b). The Petitioners Charlie J. Mcclendon objects to the Magistrate Judge's Recommendation Ruling. Filed February 14, 2008.

The Petitioners hereby Request this Court to review the Magistration Judge Ruling. The Ruling was Contrary to Federal law.

The Magistrate Judge's adopt the Connecticut Appellate and State Supreme Court decision on the issue of Motion to Suppress identification and also the others 4 Claims.

The Magistrate Judge's also adopt Respondent's brief in opposition on the issue of Motion to Suppress Identification and the other four Claims.

The Magistrate Judge's Court did not Reviewed the Petitioner's brief and Appendix on his Claims.

It is very clear from Magistrate Judge's Recommended Ruling (Id 2) footnote. Only used reference to Respondent's brief and Appendix.

It is very clear from trial transcripts on the issue of exculpatory Police Report. The Petitioner's never had the Report.

The Issue of ineffectiveness of Counselors is undisputable. The Petitioners never wanted to Called the Investigators and his Cousin to the Stand to show Hale to be a liar. But to Call the Investigators and his Cousin to the Stand to show Hale's Prior Statement Stating "She Know the Petitioners and he was Not the one to Come in for the Job application" Also to show the Jury on August 14, 1984. Hartford Detective tried to Persore her into Making an identification on the Petitioners

The Petitioners ask this district Court to Review the Magistrate Judge's Recommended Ruling on February 14, 2008. The Recommended was on all Claims entirely Contrary to Federal law.

Truly Submitted

Charlie J. McClendon
Charlie J. McClendon
1153 East Street South
MacDougall C.I.
Suffield, Conn 06080

## CERTIFICATION

Petitioner Certifies a true Copy of this document has been mail to Restandent's Counsel, Micheal Proto, Esq, Assistance State Attorney, 300 Corporate Place, Rocky Hill, Conn 06064. on this day of February 27, 2008.

Charlie J. McClendon
Charlie J. McClendon
1153 East Street South
MacDougall C.I.
Suffield, Conn. 06080

4 of 4