UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLIE J. MCCLENDON
                                                               PRISONER
    v.                            Case No. 3:01CV1490(JBA)

STATE OF CONNECTICUT, ET AL.

### RUlLING and ORDER

The petitioner's seeks to file an amended objection to the Recommended Ruling issued on February 14, 2008. The Motion for Leave to File an Amended Objection to the Recommended Ruling [**doc. # 48**] is **GRANTED**. The Clerk is directed to docket the amended objection attached to the motion.

SO ORDERED at New Haven, Connecticut this 8th day of April, 2008.

                                        /s/Joan G. Margolis, USMJ
                                        JOAN G. MARGOLIS
                                        UNITED STATES MAGISTRATE JUDGE